MULTIPLE TRADING CORPORATION et al., Appellants, *v.* ERNEST M. GARBE, Respondent.

Submitted February 23, 1954; decided March 11, 1954.

*Matthew Lilling* for motion.

*Benjamin Levitas* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellants serve and file an undertaking on appeal and pay $10 costs in which events motion denied.